■ In the Matter of the Claim of JOSE F. BRAZ, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [621 NYS2d 948] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 19, 1994, which denied claimant's application for reopening and reconsideration.

We find no abuse of discretion in the Board's rejection of claimant's application to reopen the Board's prior decision ruling that claimant's appeal to the Board was untimely. In any event, given the explicit provisions of Labor Law § 621 (1) regarding the timeliness of appeals, we find no reason to disturb the Board's determination.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of JOSEPH J. GLYNN, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [621 NYS2d 948] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 22, 1994, which ruled that claimant's request for a hearing was untimely.

Claimant failed to request a hearing within the 30-day time period set forth in Labor Law § 620 (1) (a). Claimant never argued that he failed to receive a copy of the local office's decision disqualifying him from receiving benefits or that he did not timely receive a copy of that decision. In addition, there was no evidence of any physical condition or mental incapacity which prevented him from making a timely hearing request. The rejection of the excuses proffered by claimant was in all respects proper. Given the facts of this case, the Board correctly sustained the Administrative Law Judge's determination that he was without authority to rule on the merits of claimant's case.

Mikoll, J. P., Mercure, White, Casey and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.